IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

LAGARIUS J. JOHNSON
 and
JAQUAN T. CALHOUN
_____/

**SUPERSEDING INDICTMENT**
1:24cr21-AW/MAL

THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about August 1, 2023, and on or about April 21, 2024, in the Northern District of Florida, the defendant,

**LAGARIUS J. JOHNSON,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.



## COUNT TWO

On or about April 21, 2024, in the Northern District of Florida, the defendant,

**LAGARIUS J. JOHNSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved marijuana.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT THREE

Between on or about August 1, 2023, and on or about April 21, 2024, in the Northern District of Florida, the defendant,

**LAGARIUS J. JOHNSON,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, as charged in Count One of this Indictment, and possession with intent to distribute a controlled substance, as charged in Count Two of this Indictment, did knowingly possess a firearm, namely, various pistols and a Glock 9 millimeter pistol modified to fire as a machinegun.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(B)(ii).

2

## COUNT FOUR

On or about April 21, 2024, in the Northern District of Florida, the defendant,

### LAGARIUS J. JOHNSON,

knowing he was an unlawful user of a controlled substance, as defined in Title 21, United States Code, Section 802, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, to wit, a Glock 9 millimeter pistol modified to fire as a machinegun, and 9 millimeter ammunition, all of which had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT FIVE

On or about April 21, 2024, in the Northern District of Florida, the defendant,

### LAGARIUS J. JOHNSON

did knowingly possess a machinegun, to wit, a Glock 9 millimeter pistol that had been modified to fire as a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SIX

Between on or about August 2, 2023, and on or about August 24, 2024, in the Northern District of Florida, the defendant,

## JAQUAN T. CALHOUN,

did knowingly possess a machinegun as defined in Title 26, United States Code, Section 5845(b), to wit, a firearm that had been modified to fire as a machinegun, including a Glock 9 millimeter pistol, and a machinegun conversion device, being a part designed and intended solely and exclusively, and a combination of parts designed and intended, for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SEVEN

On or about May 16, 2024, in the Northern District of Florida, the defendant,

## JAQUAN T. CALHOUN,

did knowingly possess a stolen firearm, knowing and having reasonable cause to believe the firearm was stolen, namely, a Glock 9 millimeter pistol which firearm had previously been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From the defendant's engagement in the violation alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendant,

## LAGARIUS J. JOHNSON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of the defendant's interest in:

    A.    Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

    B.    Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

        i.    cannot be located upon the exercise of due diligence;

        ii.    has been transferred or sold to, or deposited with, a third person;

  iii. has been placed beyond the jurisdiction of this Court;

  iv. has been substantially diminished in value; or

  v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Counts Three through Seven of this Indictment are hereby realleged and incorporated by reference. Because the defendants,

**LAGARIUS J. JOHNSON**
**and**
**JAQUAN T. CALHOUN,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Counts Three through Seven of this Indictment, perpetrated in whole or in part by the use of a firearm and ammunition, did knowingly possess the firearm and ammunition described above, any and all interest that this defendant has in the firearm and ammunition involved in this violation is vested in the United States and hereby forfeited to the United States

pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

*Redacted*

Feb 25, 2025
DATE

MICHELLE SPAVEN
Acting United States Attorney

for JAMES A. McCAIN
Assistant United States Attorney

for ERIC W. WELCH
Assistant United States Attorney